USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                 :

UNITED STATES OF AMERICA               :

                                                                 :       19 cr. 166 (VEC)

      - v. -                                       :

                                                                 :       <u>ORDER</u>

Jalen Colds,                                          :

                                                                 :

                                      Defendant.      :
------------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Friday, December 6, 2019, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:     New York, New York
              December 3, 2019

                                                    _____
                                                        VALERIE CAPRONI
                                                     United States District Judge