UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

AVILA ET AL.,

                     Defendants.
------------------------------------------------------------ X

S1 19-cr-166 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2019

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 4, 2019, Defendants Jose Caban and Corey Cray appeared for an arraignment with their attorneys before Magistrate Judge Barbara Moses; and

WHEREAS the defendants having pled not guilty;

IT IS HEREBY ORDERED THAT the parties must appear for a status conference on **Monday, December 9, 2019 at 11:00 a.m.** in Courtroom 15C, 500 Pearl Street, Daniel Patrick Moynihan United States Courthouse.

**SO ORDERED.**

**Dated: December 5, 2019**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**