USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/1/2020

**MEMO ENDORSED**

# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

June 1, 2020

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *United States v. Jalen Colds*, Case No. 19-cr-166 (VEC)

Dear Judge Caproni,

    I represent Jalen Colds with respect to the above captioned matter. I write to respectfully request an adjournment of sentencing currently scheduled for June 15, 2020. The Government consents to this request. This is the second such request. The COVID-19 pandemic has curtailed and delayed the collection of relevant materials, including interviews with my client and his family, by Defendant's mitigation specialist and myself. As such, I request an extension of sentencing to July 31, 2020 or as soon thereafter is convenient for the Court.

    I thank the Court in advance for its attention to this request.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via email)

Application GRANTED. Sentencing for Mr. Colds is adjourned to **July 28, 2020, at 2:00 p.m.** The parties' submissions are due no later than **July 14, 2020**. If attorney visits have not resumed before July 1, 2020, Defendant may renew his application for an adjournment.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE